IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Jones, Anthony Lanier | Case Number: 04 B 34484 |
|---|---|---|
| | Jones, Jacqueline Rene | Judge: Squires, John H |
| | Printed: 12/28/07 | Filed: 9/16/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: October 24, 2007
Confirmed: October 27, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 158,180.75 | |
| Secured: | | 145,818.36 |
| Unsecured: | | 0.00 |
| Priority: | | 2,708.80 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 8,048.72 |
| Other Funds: | | 1,604.87 |
| Totals: | 158,180.75 | 158,180.75 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 0.00 | 0.00 |
| 2. | Select Portfolio Servicing | Secured | 100,802.00 | 97,814.80 |
| 3. | Select Portfolio Servicing | Secured | 46,456.26 | 46,456.26 |
| 4. | Monterey Financial Services | Secured | 1,547.30 | 1,547.30 |
| 5. | Internal Revenue Service | Priority | 4,635.50 | 2,708.80 |
| 6. | Monterey Financial Services | Unsecured | 213.40 | 0.00 |
| 7. | Sallie Mae | Unsecured | 7,206.93 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 98.10 | 0.00 |
| 9. | United States Dept Of Education | Unsecured | 5,210.53 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 171.58 | 0.00 |
| 11. | Nelnet Student Loan Corp | Unsecured | | No Claim Filed |
| 12. | Edison Security Corp | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 166,341.60 | $ 148,527.16 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 1,913.19 |
| 4% | 609.83 |
| 3% | 457.38 |
| 5.5% | 1,881.08 |
| 5% | 517.08 |
| 4.8% | 1,149.43 |
| 5.4% | 1,520.73 |
| | _____ |
| | $ 8,048.72 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Jones, Anthony Lanier | Case Number:  04 B 34484 |
| Jones, Jacqueline Rene | Judge:  Squires, John H |
| Printed:  12/28/07 | Filed:  9/16/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

